**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    TODD S. GLASSEY and MICHAEL E. MCNEIL,

10           Plaintiffs,                          No. C 14-03629 WHA

11      v.

12   MICROSEMI INC, THE IETF AND ISOC, AND          **ORDER TO SHOW CAUSE RE**
     THE US GOVERNMENT AND INDUSTRY                 **CISCO'S MOTION TO DISMISS**
13   PARTNERS (INCLUDING BUT NOT LIMITED
     TO APPLE, CISCO, EBAY/PAYPAL, GOOGLE,
14   JUNIPER NETWORKS, MICROSOFT,
     NETFLIX, AND ORACLE), USPTO ALJ PETER
15   CHEN ESQ., AND TWO INDIVIDUALS (MARK
     HASTINGS AND ERIK VAN DER KAAY) AS
16   "NAMED DOES,"

17           Defendants.
                                                 /
18

19         In September 2014, Cisco Systems, Inc. filed a motion to dismiss.  No certificate of

20   service was appended to the motion.  No opposition or response was timely filed.  Accordingly,

21   by **NOON ON OCTOBER 16**, Cisco shall file a certificate of service.  *Pro se* plaintiffs Todd

22   Glassey and Michael McNeil have until **OCTOBER 24, 2014, AT NOON**, to show cause why Cisco

23   should not be dismissed.  Cisco's motion may be granted if no response is timely filed.

24

25         **IT IS SO ORDERED.**

26   Dated:   October 9, 2014.

27                                                 WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE
28