IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD S. GLASSEY and MICHAEL E. MCNEIL,

    Plaintiffs,

v.

MICROSEMI INC, US GOVERNMENT, PRESIDENT OF THE UNITED STATES, STATE OF CALIFORNIA, GOVERNOR BROWN, THE IETF AND THE INTERNET SOCIETY, APPLE INC., CISCO INC., EBAY INC., PAYPAL INC., GOOGLE INC., JUNIPER NETWORKS, MICROSOFT CORP., NETFLIX INC., ORACLE INC., MARK HASTINGS, ERIK VAN DER KAAY, AND THALSE GROUP, and "UNSERVED" DOES,

    Defendants.

               /

No. C 14-03629 WHA

**ORDER DENYING PLAINTIFFS' REQUESTS FOR JUDICIAL NOTICE**

      On November 13, *pro se* plaintiffs Todd Glassey and Michael McNeil filed a second amended complaint. On November 17, plaintiffs filed several requests for judicial notice. Currently, there are no pending motions and the deadline for defendants to respond to the second amended complaint has not elapsed. For the reasons stated herein, plaintiffs' requests for judicial notice are **DENIED**.

      *First*, plaintiffs' requests are incomplete (Dkt. Nos. 113, 114, 115). Plaintiffs failed to append complete and authenticated copies of all of the relevant documents. Even though plaintiffs sought judicial notice of at least seven items, plaintiffs only appended (1) a two-page print-out of what appears to be the abstract for EP0997808 and (2) a one-page print-out in Korean

of what appears to be the abstract for 2000-0035093. Plaintiffs failed to append, for example, copies of the "EPO report from 11-16-2014" and the "entire Case File for 13-04662 NC," including "the audio recording from the ORDER TO SHOW CAUSE hearing."

*Second*, plaintiffs' requests do not comply with FRE 201. For example, plaintiffs seek judicial notice of the "Co-Inventor Agreement, DDI Settlement, [and] TTI Settlement." Plaintiffs also seek judicial notice of a statement allegedly made by an attorney. These are not facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Accordingly, plaintiffs' requests for judicial notice are **DENIED**.

**IT IS SO ORDERED.**

Dated: November 18, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2