IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TODD S. GLASSEY and MICHAEL E. MCNEIL,

    Plaintiffs,

    v.

MICROSEMI INC, US GOVERNMENT, PRESIDENT OF THE UNITED STATES, STATE OF CALIFORNIA, GOVERNOR BROWN, THE IETF AND THE INTERNET SOCIETY, APPLE INC., CISCO INC., EBAY INC., PAYPAL INC., GOOGLE INC., JUNIPER NETWORKS, MICROSOFT CORP., NETFLIX INC., ORACLE INC., MARK HASTINGS, ERIK VAN DER KAAY, AND THALES GROUP, and "UNSERVED" DOES,

    Defendants.

No. C 14-03629 WHA

**ORDER TO SHOW CAUSE**

By **DECEMBER 19 AT NOON**, plaintiffs shall file a joint brief showing cause why the second amended complaint should not be stricken. Plaintiffs' submission shall not exceed fifteen pages. Failure to timely respond may result in dismissal with prejudice and entry of judgment against plaintiffs. By **DECEMBER 19 AT NOON**, all defendants who have appeared, save for the United States, shall file a joint brief showing cause why the second amended complaint should be stricken. Defendants' brief shall not exceed fifteen pages. By **DECEMBER 19 AT NOON**, the United States shall file a brief showing cause why the second amended complaint should be stricken. The government's brief shall not exceed five pages.

**IT IS SO ORDERED.**

Dated: December 11, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE